# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 30, 2006

Clifford W. Taylor,
Chief Justice

130570

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

MARK HADDAD,
   Plaintiff-Appellee,

v

              SC: 130570
              COA: 256659
              Wayne CC: 02-243629-NO

GEORGE TSOUKALAS,
   Defendant-Appellant,

and

ALEXANDER HARLAMBOS SAKELLARIS
and ALEXANDRA SAKELLARIS,
   Defendants.

_____/

   On order of the Court, the application for leave to appeal the January 12, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court prior to the completion of proceedings ordered by the Court of Appeals.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2006         _____

t0522                Clerk